IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS PASOS,

    Plaintiff,   No. CIV S-10-0278 GEB DAD P

    vs.

MATTHEW CATE, et al.,

    Defendants.   ORDER
_____/

On July 14, 2011, the Magistrate Judge issued an order dismissing the amended complaint with leave to file a second amended complaint. On January 30, 2012, plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ." E.D. Local Rule 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of [date 1] is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 30, 2012, request for reconsideration (Docket No. 22) is denied.

Dated: February 13, 2012

GARLAND E. BURRELL, JR.
United States District Judge